AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:23-mj-00055 |
| Travis Charles Donnahoo | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **March 12, 2023** in the county of **Yamhill** in the _____ District of **Oregon**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm. |
| 18 U.S.C. 924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |
| 21 U.S.C. 841(a)(1) and 841(b)(1)(B) | Possession with the Intent to Distribute 40 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance and Possession with Intent to Distribute 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

/s/ by phone
*Complainant's signature*

Jeffrey Thomas, Special Agent, DEA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at **11:55 am** a.m./p.m.

Date: **March 22, 2023**

*Judge's signature*

City and state: **Portland, Oregon**          Hon. Jeffrey Armistead, U.S. Magistrate Judge
*Printed name and title*